IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

**In re:**

**DAMMAY ALFONSO CRUZ**               **CASE NO.**   **15-11290-RBR**

    **Debtor.**                              **CHAPTER   13**
_____/

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

    Buckley Madole, P.C., counsel for U.S. Bank National Association, enters their notice of appearance, in accordance with Rule 2002 of the Federal Rules of Bankruptcy Procedure, as to the following property and loan:

- Property Address: 3302 SW 15th Street, Fort Lauderdale, Florida 33312
- Loan Number (Last Four): xxxxxx3129

Dated: February 5, 2015

                                       **BUCKLEY MADOLE, P.C.**

                                       */s/ Austin M. Noel, Esq.*
                                       Austin M. Noel, Esq.
                                       Florida Bar Number 106539
                                       Buckley Madole, P.C.
                                       P.O. Box 22408
                                       Tampa, FL 33622
                                       Telephone: 813-774-6221
                                       Fax: 813-774-6221
                                       bkfl@buckleymadole.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served by CM/ECF notice and regular mail to the parties below this 5th day of February, 2015.

**BUCKLEY MADOLE, P.C.**

*/s/ Austin M. Noel, Esq.*
Austin M. Noel, Esq.
Florida Bar Number 106539
Buckley Madole, P.C.
P.O. Box 22408
Tampa, FL 33622
Telephone: 813-774-6221
Fax: 813-774-6221
bkfl@buckleymadole.com

**VIA REGULAR MAIL**
Dammay Alfonso Cruz
3302 SW 15 Street
Fort Lauderdale, FL 33312-3635

**VIA CM/ECF NOTICE**
Robert Sanchez ESQ.
355 W 49th St
Hialeah, FL 33012-3715

**Chapter 13 Trustee**
Robin R. Weiner
Post Office Box 559007
Fort Lauderdale, Florida 33355-9007