

U.S. BANK HOME MORTGAGE

P.O Box 211128
Eagan, MN 55121-4201

May 06, 2015

Robert Sanchez,esq
355 W 49th Street
Hialeah, FL 33012

FOR YOUR RECORDS

Re: LOSS MITIGATION SUMMARY INFORMATION

| | |
|---|---|
| Mortgagor: | Dammay Alfonso |
| Co-Mortgagor: | Naylen Acosta |
| Account Number: | }129 |
| Property Address: | 3302 SW 15th St |
| | Fort Lauderdale, FL 33312 |

Bankruptcy Case Number 15-11290

INFORMATION PROVIDED HEREIN IS INTENDED FOR THE ABOVE-NAMED DEBTOR(S)

Dear Dammay Alfonso and Naylen Acosta:

This package contains important information pertaining to the loss mitigation review that has been performed on your behalf. Enclosed in this package are the documents listed below. Please review each document in its entirety.

- Loss Mitigation Review Summary Package Explanation
- Loss Mitigation Review Determination Summary
- Terms and Conditions for the Trial Period Plan
- Standard Modification Acceptance
- Additional Information
- Servicemembers Civil Relief Act Notice Disclosure
- Fair Credit Reporting Act Notice for Dammay Alfonso



U.S. BANK HOME MORTGAGE

P.O Box 211128
Eagan, MN 55121-4201

Account Number:          3129

------------------------------------------------------------

## IMPORTANT NOTICE

Please Note: If you have filed for bankruptcy, this is a correspondence we are required to send, and is provided to you only for informational purposes and/or for the purpose of compliance with the loan and/or applicable law. You may be afforded certain protections under the United States Bankruptcy Code. By this correspondence, U.S. Bank Home Mortgage is not attempting to collect a debt, impose personal liability, or in any way violate the provisions of the United States Bankruptcy Code. Please note however, that by participating in one of the programs outlined below you may be waiving some of those protections, including, but not limited to, any potential discharge of the obligation. For any questions related to the bankruptcy, please contact your

------------------------------------------------------------

Re: LOSS MITIGATION REVIEW SUMMARY PACKAGE EXPLANATION

Thank you for applying for loss mitigation* options. Based upon the information provided, we have reached a determination. The attached summary outlines loss mitigation programs for which you have been evaluated, based upon applicable investor guidelines, and includes the determination for each program listed.

You have been approved to participate in a loss mitigation program. Included in this package are details pertaining to the program and instructions on how to accept this offer.

You are entitled to a 14 day appeal period regarding the non-approval determination(s) provided on the attached Determination Summary. To submit your appeal, you must provide a written request stating the specific reason(s) you believe the determination(s) to be inaccurate. Your appeal request must include the borrower's name, property address, and account number. Your appeal request must also include evidence supporting your belief (e.g. pay stubs, tax returns) that the non-approval determination(s) was made in error. Your appeal request package must be received in our office no later than May 20, 2015 to exercise your right to appeal. You must mail your appeal request package to the following address:

U.S. Bank Home Mortgage
Attention: Escalation Center
P.O. Box 21977
Eagan, MN 55121

We will provide you with a written notice of the appeal determination within 30 days after timely receipt of your request. Our appeal decision is final, and not subject to further appeal.

**usbank.com**



U.S. BANK HOME MORTGAGE

P.O Box 211128
Eagan, MN 55121-4201

You may easily access a Bank representative while your account is in the loss mitigation and/or foreclosure process. For assistance, including status and other information, as well as the steps you must take in order to be considered for loss mitigation options, please contact your Relationship Manager.

Your Relationship Manager is Lisa Lawson, who you may contact at 855.MYUSMAP (855.698.7627) ext. 4183065, during the hours of 7:00 a.m. to 8:00 p.m. Central Time, Monday through Friday. You may also contact a Mortgage Assistance Point ("MAP") representative at mortgageassistancepoint@usbank.com.

Sincerely,

Residential Mortgage Default Management

**Loss mitigation* refers to foreclosure alternative solutions such as forbearances, modifications, account restructures, short sales and deeds-in-lieu of foreclosure. These options may vary depending upon investor participation and approval.

usbank.com



U.S. BANK HOME MORTGAGE

P.O. Box 211128
Eagan, MN 55121-4201

Account Number: _____ 3129

## LOSS MITIGATION REVIEW DETERMINATION SUMMARY

Accounts are reviewed for available loss mitigation programs. These program options, and the order in which they are reviewed, may vary depending upon investor participation and approval. Based upon eligibility criteria, if you are considered ineligible for a particular program, we will proceed to the next available program. Once the account is approved for a particular program, it is not reviewed for any remaining available programs. Loss mitigation foreclosure alternative options include modifications, forbearance (repayment) plans and other account restructures. If we have been unable to approve you for a forbearance (repayment plan), modification, or other account restructure, foreclosure alternatives such as a short sale or a deed-in-lieu of foreclosure may be available, depending upon investor participation and approval. The results of your loss mitigation review are identified below:

**Determination: Not Approved**

Program:  **Formal Forbearance**
   Your income is insufficient to support a repayment plan.

**Determination: Not Approved**

Program:  **Unemployment Forbearance**
   You are currently employed.

**Determination: Approved**

Program:  **Standard Modification**
   You were approved for this program.

**Determination: Not Approved**

Program:  **Government HAMP**
   You have been approved for a loss mitigation program that FHA, the investor of your account, ranks higher in the loss mitigation order.

**Determination: Not Approved**

Program:  **Short Sale**
   You have been approved for a loss mitigation program that FHA, the investor of your account, ranks higher in the loss mitigation order.

**Determination: Not Approved**

Program:  **DIL**
   You have been approved for a loss mitigation program that FHA, the investor of your account, ranks higher in the loss mitigation order.

usbank.com



U.S. BANK HOME MORTGAGE

P.O Box 211128
Eagan, MN 55121-4201

Mortgagor: Dammay Alfonso
Co-Mortgagor: Naylen Acosta

Account Number:    3129

Property Address:  3302 SW 15th St
Fort Lauderdale, FL 33312

Re: TERMS AND CONDITIONS FOR THE TRIAL PERIOD PLAN

You have pre-qualified for the Standard Modification. In order to demonstrate your ability to afford making monthly payments, you are required to perform on a trial period plan, as outlined in this notice. The trial period plan is temporary, and your existing loan and loan requirements remain in effect and unchanged during the trial period plan.

To accept this offer, you must sign the attached trial period plan acceptance and return it to our office no later than May 20, 2015.

Payments may be mailed to U.S. Bank Home Mortgage, 4801 Frederica Street, Owensboro, KY 42301, paid via Western Union® Quick Collect® service by specifying the city code: MSP-ALLSTAR and the state code: MSP-KY, or by calling 877.848.6989 to pay by phone via Western Union® Speedpay® service.

The pre-approval of the modification has been based upon the current delinquency. Upon completion of the trial period plan, if you remain qualified under the program requirements, a permanent modification agreement will be provided to you for your review and acceptance. You should continue remitting payments each month following the final trial period plan payment due date until you receive notification that the modification has been completed and finalized. In addition, if you receive notification that you do not currently have adequate flood insurance coverage during the trial period plan, you must resolve that issue prior to finalization of the modification. If you are unable to do so, this offer will be revoked.

If your offer is revoked for failure to comply with the terms and conditions outlined in this agreement, we will apply any funds received under the trial period plan in accordance with the provisions of your note and security instrument (mortgage or deed of trust).

To receive free HUD-certified homeownership counseling, you may contact ClearPoint Financial Solutions at 877.585.8292 or 855.564.4625 (TPP). Counseling services are available in English and Spanish.



U.S. BANK HOME MORTGAGE

P.O Box 211128
Eagan, MN 55121-4201

Trial Period Plan Payment Schedule

June 01, 2015          $1,239.34
July 01, 2015          $1,239.34
August 01, 2015        $1,239.34

Please retain this document for your records.

usbank.com



U.S. BANK HOME MORTGAGE

P.O Box 211128
Eagan, MN 55121-4201

Date

Chris Martin, Non-Borrower



U.S. BANK HOME MORTGAGE

P.O Box 211128
Eagan, MN 55121-4201

Re: STANDARD MODIFICATION ACCEPTANCE
   Account Number:    3129
   Property Address:  3302 SW 15th St
                   Fort Lauderdale, FL 33312

STANDARD MODIFICATION TERMS:

Trial Payment Amount

| Plan | Payment Due Date | Trial Payment Amount |
|------|------------------|----------------------|
| 01 | June 01, 2015 | $1,239.34 |
| 02 | July 01, 2015 | $1,239.34 |
| 03 | August 01, 2015 | $1,239.34 |

To accept the Standard Modification outlined above, you must sign and return this acceptance to our office no later than June 01, 2015 using one of the following delivery methods:

U.S. Bank Home Mortgage
P.O. Box 211128
Eagan, MN 55121-4201
Fax: 877.903.6972

By signing this acceptance, I acknowledge that I understand and agree to the Terms and Conditions for the Standard Modification dated May 06, 2015 set forth in the Loss Mitigation Summary Package.

_____        5-21-15
                                         Date
Dammay Alfonso, Borrower

_____        
                                         Date
Naylen Acosta, Co-Borrower



U.S. BANK HOME MORTGAGE

P.O Box 211128
Eagan, MN 55121-4201

## ADDITIONAL INFORMATION

**Federal Equal Credit Opportunity Act**

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The Federal Agency that administers compliance with this law is the Bureau of Consumer Financial Protection, 1700 G Street NW, Washington, DC 20006.

If you reside in one of the following states, the provision disclosed for that state is applicable to you.

Washington: The Law Against Discrimination prohibits creditors from discriminating against credit applicants because of race, creed, color, national origin, sex, marital status, family with children status, age, the presence of any sensory, mental, or physical disability, the use of a trained dog guide or service animal by a person with a disability, honorably discharged veteran or military status, or sexual orientation/gender identity. The Washington State Human Rights Commission administers compliance with this law.

Ohio: The Ohio laws against discrimination require that all creditors make credit equally available to all credit worthy customers, and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio civil rights commission administers compliance with this law.

North Carolina: If you believe your loss mitigation foreclosure alternative request has been wrongly denied, you may file a complaint with the North Carolina office of the Commissioner of Banks website, www.nccob.gov.

**Discharge in Bankruptcy**

If you have received a discharge in a bankruptcy case and the loan was not reaffirmed, this notice is for informational purposes only. We will exercise our right only against the property and are not attempting any act to collect the discharged debt from you personally.

**Loan Counseling**

You may be eligible for homeownership counseling through a HUD-certified housing counseling organization. Housing counselors will provide the service free of charge. To find a HUD-certified counseling organization in your area, visit the HUD website at: http://www.hud.gov/offices/hsg/sfh/hcc/fc/ or contact HUD by phone at 800.569.4287.

usbank.com



U.S. BANK HOME MORTGAGE

P.O Box 211128
Eagan, MN 55121-4201

You may also call the Homeowner's HOPE Hotline at 888.995.HOPE (4673) for assistance. The HOPE Hotline offers free HUD-certified counseling services in English and Spanish and can help answer any questions you may have.



U.S. BANK HOME MORTGAGE

P.O Box 211128
Eagan, MN 55121-4201

| | U.S. Department of Housing and Urban Development Office of Housing | OMB Approval 2502-0584 Exp 11/30/2014 |
| --- | --- | --- |

Servicemember Civil Relief
ct Notice Disclosure

_egal Rights and Protections under the SCRA_

servicemembers on "active duty" or "active service," or a spouse or dependent of such a servicemember may be entitled
:o certain legal protections and debt relief pursuant to the Servicemembers Civil Relief Act (50 USC App. §§ 501–
397b) (SCRA).

_Who May Be Entitled to Legal Protections under the SCRA?_

· Regular members of the U.S. Armed Forces (Army, Navy, Air Force, Marine Corps and Coast Guard).
· Reserve and National Guard personnel who have been activated and are on Federal active duty.
· National Guard personnel under a call or order to active duty for more than 30 consecutive days under section
  502(f) of title 32, United States Code, for purposes of responding to a national emergency declared by the
  President and supported by Federal funds.
· Active service members of the commissioned corps of the Public Health Service and the National Oceanic and
  Atmospheric Administration.
· Certain United States citizens serving with the armed forces of a nation with which the United States is allied in
  the prosecution of a war or military action.

_What Legal Protections Are Servicemembers Entitled to under the SCRA?_

· The SCRA states that a debt incurred by a servicemember, or servicemember and spouse jointly, prior to entering
  military service shall not bear interest at a rate above 6 % during the period of military service and one year
  thereafter, in the case of an obligation or liability consisting of a mortgage, trust deed, or other security in
  the nature of a mortgage, or during the period of military service in the case of any other obligation or
  liability.

· The SCRA states that in a legal action to enforce a debt against real estate that is filed during, or within one
  year after the servicemember's military service, a court may stop the proceedings for a period of time, or adjust
  the debt. In addition, the sale, foreclosure, or seizure of real estate shall not be valid if it occurs during, or
  within one year after the servicemember's military service unless the creditor has obtained a valid court order
  approving the sale, foreclosure, or seizure of the real estate.

· The SCRA contains many other protections besides those applicable to home loans.

_How Does a Servicemember or Dependent Request Relief under the SCRA?_

· In order to request relief under the SCRA from loans with interest rates above 6%, a servicemember or spouse must
  provide a written request to the lender, together with a copy of the servicemember's military orders, to the
  following address:

SPECIAL LOANS DEPARTMENT
P.O. BOX 21948
EAGAN, MN 55121-4201
PHONE: 800.365.7772
FAX: 877.903.6992

**usbank.com**



U.S. BANK HOME MORTGAGE

P.O Box 211128
Eagan, MN 55121-4201

There is no requirement under the SCRA, however, for a servicemember to provide a written notice or a copy of a servicemember's military orders to the lender in connection with a foreclosure or other debt enforcement action against real estate.  Under these circumstances, lenders should inquire about the military status of a person by searching the Department of Defense's Defense Manpower Data Center's website, contacting the servicemember, and examining their files for indicia of military service. Although there is no requirement for servicemembers to alert the lender of their military status in these situations, it still is a good idea for the servicemember to do so.

How Does a Servicemember or Dependent Obtain Information about the SCRA?

- Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. A military legal assistance office locator for all branches of the Armed Forces is available at http://legalassistance.law.af.mil/content/locator.php.

- Military OneSource is the U.S. Department of Defenses information resource. If you are listed as entitled to legal protections under the SCRA (see above), please go to www.militaryonesource.com/scra or call 800.342.9647 (toll free from the Unites States) to find out more information.  Dialing instructions for areas outside the United States are provided on the website.

form HUD-92070 (2/2013)

SCRA



U.S. BANK HOME MORTGAGE

P.O Box 211128
Eagan, MN 55121-4201

May 06, 2015
Account No. 9902273129

FAIR CREDIT REPORTING ACT NOTICE FOR DAMMAY ALFONSO

Your request for loss mitigation options has been carefully considered. Details regarding the determination of the review can be found on the Loss Mitigation Review Determination Summary provided concurrently with this Notice.

Our decision was based in whole or in part on information provided by the following consumer credit reporting agency/agencies:

Equifax Mortgage Solutions
100 Tri-County Parkway Suite 350
Springdale, OH 45246-3742
877.322.8228
Website: Equifax.com

The consumer reporting agency played no part in our credit decision and is unable to supply specific reasons why the action was taken. You have the right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency. You also have the right to obtain a free copy of your consumer report from the reporting agency, if you request it no later than 60 days after your receive this notice. In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency. Any questions regarding such information should be directed to Equifax Mortgage Solutions.

We also obtained your credit score from Equifax Mortgage Solutions and used it in making our credit decision. Your credit score is a number that reflects the information in your credit report. Your credit score can change, depending on how the information in your credit report changes. Your credit score was 641 on April 10, 2015. Equifax Beacon FACTA 5 aka: Equifax FICO Risk Score v5 scores can vary from 334 to 818. The key factors that adversely affected your credit score were:

- Serious delinquency and public record or collection filed
- Number of accounts with delinquency
- Length of time accounts have been established
- Lack of recent revolving account information



U.S. BANK HOME MORTGAGE

P.O Box 211128
Eagan, MN 55121-4201

May 06, 2015

Robert Sanchez,esq
355 W 49th Street
Hialeah, FL 33012

Re: LOSS MITIGATION SUMMARY INFORMATION

      Mortgagor:      Dammay Alfonso
      Co-Mortgagor:    Naylen Acosta
      Account Number:  9902273129
      Property Address:  3302 SW 15th St
                    Fort Lauderdale, FL 33312

      Bankruptcy Case Number 15-11290

INFORMATION PROVIDED HEREIN IS INTENDED FOR THE ABOVE-NAMED DEBTOR(S)

Dear Dammay Alfonso and Naylen Acosta:

This package contains important information pertaining to the loss mitigation review that has been performed on your behalf. Enclosed in this package are the documents listed below. Please review each document in its entirety.

- Loss Mitigation Review Summary Package Explanation
- Loss Mitigation Review Determination Summary
- Terms and Conditions for the Trial Period Plan
- Standard Modification Acceptance
- Additional Information
- Servicemembers Civil Relief Act Notice Disclosure
- Fair Credit Reporting Act Notice for Dammay Alfonso



U.S. BANK HOME MORTGAGE

P.O Box 211128
Eagan, MN 55121-4201



U.S. BANK HOME MORTGAGE

P.O Box 211128
Eagan, MN 55121-4201

Account Number:        3129

---------------------------------------------------------------------------

IMPORTANT NOTICE

**Please Note: If you have filed for bankruptcy, this is a correspondence we are required to send, and is provided to you only for informational purposes and/or for the purpose of compliance with the loan and/or applicable law.** You may be afforded certain protections under the United States Bankruptcy Code. By this correspondence, U.S. Bank Home Mortgage is not attempting to collect a debt, impose personal liability, or in any way violate the provisions of the United States Bankruptcy Code. Please note however, that by participating in one of the programs outlined below you may be waiving some of those protections, including, but not limited to, any potential discharge of the obligation. For any questions related to the bankruptcy, please contact your

---------------------------------------------------------------------------

Re: LOSS MITIGATION REVIEW SUMMARY PACKAGE EXPLANATION

Thank you for applying for loss mitigation* options. Based upon the information provided, we have reached a determination. The attached summary outlines loss mitigation programs for which you have been evaluated, based upon applicable investor guidelines, and includes the determination for each program listed.

You have been approved to participate in a loss mitigation program. Included in this package are details pertaining to the program and instructions on how to accept this offer.


You are entitled to a 14 day appeal period regarding the non-approval determination(s) provided on the attached Determination Summary. To submit your appeal, you must provide a written request stating the specific reason(s) you believe the determination(s) to be inaccurate. Your appeal request must include the borrower's name, property address, and account number. Your appeal request must also include evidence supporting your belief (e.g. pay stubs, tax returns) that the non-approval determination(s) was made in error. Your appeal request package must be received in our office no later than May 20, 2015 to exercise your right to appeal. You must mail your appeal request package to the following address:

U.S. Bank Home Mortgage
Attention: Escalation Center
P.O. Box 21977
Eagan, MN 55121

We will provide you with a written notice of the appeal determination within 30 days after timely receipt of your request. Our appeal decision is final, and not subject to further appeal.

usbank.com



U.S. BANK HOME MORTGAGE

P.O Box 211128
Eagan, MN 55121-4201

You may easily access a Bank representative while your account is in the loss mitigation and/or foreclosure process. For assistance, including status and other information, as well as the steps you must take in order to be considered for loss mitigation options, please contact your Relationship Manager.

Your Relationship Manager is Lisa Lawson, who you may contact at 855.MYUSMAP (855.698.7627) ext. 4183065, during the hours of 7:00 a.m. to 8:00 p.m. Central Time, Monday through Friday. You may also contact a Mortgage Assistance Point ("MAP") representative at mortgageassistancepoint@usbank.com.

Sincerely,

Residential Mortgage Default Management

**Loss mitigation' refers to foreclosure alternative solutions such as forbearances, modifications, account restructures, short sales and deeds-in-lieu of foreclosure. These options may vary depending upon investor participation and approval.