

**ORDERED in the Southern District of Florida on June 12, 2015.**

*Raymond B. Ray, Judge*
*United States Bankruptcy Court*

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:  Dammay Alfonso Cruz                    Case No. 15-11290-RBR
                                                Chapter 13


Debtor(s)/


**ORDER GRANTING MOTION TO APPROVE MORTGAGE MODIFICATION**
**AGREEMENT WITH U.S. BANK HOME MORTGAGE**


This matter came before the Court:

☒    On the Debtor's Ex Parte Motion to Approve Mortgage Modification Agreement with U.S. Bank Home Mortgage ("Lender").

☐    For hearing on _____, upon Self-Represented Debtor's Motion to Approve Mortgage Modification Agreement with Lender.


Page 1 of 2

MMM-LF-16 (08/01/14)

The Court, having considered the motion and being otherwise fully advised in the premises, it is

**ORDERED** as follows:

1. The Motion to Approve Mortgage Modification Agreement is granted.

2. The parties are authorized to take any and all necessary actions to effectuate the terms of the Agreement.

3. [For chapter 13 cases] The Debtor has already modified the plan to provide for the payment.

4. The Court reserves jurisdiction to enforce the terms of the Agreement and this Order.

###

Attorney Sanchez shall serve a conformed copy of this Order upon all parties of interest and shall file a Certificate of Service in accordance with Local Rule 2002-1(F).