UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                                Case No. 15-11290-RBR

Dammay Alfonso Cruz

      Debtor(s).                                            Chapter 13
_____/

## MOTION TO MODIFY CHAPTER 13 PLAN

**COMES NOW,** the Debtor, by and through his undersigned counsel and files this Motion to Modify Chapter 13 Plan and as grounds states as follows:

1. On January 23, 2015 the instant case was filed.

2. On April 30, 2015, Debtor's Fourth Amended Chapter 13 plan was confirmed and later a Third Modified Plan was approved on July 31, 2015.

3. In Debtor's confirmed plan, the Debtor was participating in the Court's MMM program and was granted a final loan modification with U.S. Bank, N.A. where the Debtor was making a $603.73 monthly principal and interest payment.

4. U.S. Bank, N.A. also filed a notice of mortgage payment change, wherein the monthly mortgage escrow payments increased from $415.56 to $491.11.

5. Debtor desires to modify his plan in order to provide for the new payments stated above of $603.73 plus $491.11 for a total of $1,094.84.

**WHEREFORE**, undersigned counsel prays that this Honorable Court enter an Order Granting and Approving debtor's Fourth Modified Plan.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District

Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 910(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was sent via ecf to Robin R. Weiner, Trustee and U.S. Mail on December 29, 2016: to all parties on the service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtors
355 W 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:/s/ Robert Sanchez
    Robert Sanchez, Esq., FBN#0442161