**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT LAUDERDALE DIVISION**

In re: Dammay Alfonso Cruz           Case Number: 15-11290-RBR
                                     Chapter 13

    Debtor
_____/

**DEBTOR'S OBJECTION TO NOTICE OF MORTGAGE PAYMENT CHANGE FILED ON JANUARY 22, 2016 BY U.S. BANK, N.A. / U.S. BANK HOME MORTGAGE**

COMES NOW the Debtor, Dammay Alfonso Cruz, by and through his undersigned counsel, and files this Objection to Notice of Mortgage Payment Change filed on January 22, 2016 by U.S. Bank, N.A. / U.S. Bank Home Mortgage and in support thereof states:

1. The instant case was filed under Chapter 13 on January 23, 2015.

2. The Debtor was participating in this court's MMM procedures and was granted a final loan modification with U.S. Bank, N.A. / U.S. Bank Home Mortgage (herein "Lender").

3. On January 22, 2016, Lender filed the Notice of Mortgage Payment Change stating that escrow payments have increased from $415.56 to $491.11 and placing the total amount due as $1,287.42 per month.

4. On September 26, 2016, the Lender filed an Amended Proof of Claim stating reflecting the final modification agreement and a monthly payment of principal and interest of $603.73.

5. When the amounts of the principal and interest of $603.73 are summed up with the new escrow payments of $491.11, the total monthly amount due is $1,094.84 instead of $1,287.42 per month.

6. This instant Objection is solely to clarify the total amount due, so that the Debtor may be able to pay the correct amount in the new modified plan.

WHEREFORE the Debtor respectfully requests that this Court grant this Motion and Order that U.S. Bank, N.A. / U.S. Bank Home Mortgage file an amended notice of mortgage payment change, and grant such further relief as this Court may deem just and equitable.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served electronically via ECF to: Robin Weiner, Trustee, and via CM/ECF and regular mail to U.S. Bank, N.A. / U.S. Bank Home Mortgage, Austin M. Noel, Esq., Buckley Madole, P.C., P.O. Box 22408, Tampa, FL 33622; U.S. Bank, Lisa Lawson, St. Louis Plaza, 7th & Washington, St. Louis, MO 63101; Buckley Madole, P.C., c/o Gavin Stewart, 4300 West Cypress Street, Suite 160, Tampa, FL 33607 on December 29, 2016.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 W 49th Street
Hialeah, FL 33013
Tel. (305) 687-8008

By:/s/Robert Sanchez_____
    Robert Sanchez, Esq., FBN#0442161